# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re* SUBPOENA TO HEIDARPOUR LAW FIRM, PLLC. | Case No.: 26-mc-00099-RJL-ZMF |
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>v.<br><br>FREEWAY INSURANCE SERVICES OF AMERICA, LLC,<br><br>               Defendant. | Underlying action:<br><br>United States District Court for the District of Oregon, Eugene Division<br><br>Case No. 6:25-cv-01869-MC |

## DEFENDANT'S NOTICE OF ORDER IN THE UNDERLYING ACTION PLACING ALL FOURTEEN WILSON CASES BEFORE CHIEF JUDGE MCSHANE AND SETTING ORAL ARGUMENT

Freeway submits this notice to inform the Court of an order Chief Judge McShane entered yesterday in the underlying action. *Wilson v. Freeway Ins. Servs. of Am., LLC*, No. 6:25-cv-01869-MC (D. Or. July 14, 2026), ECF No. 30. The order is reproduced in full below:

| 07/14/2026 | 30 | **SCHEDULING ORDER:** Judge McShane will oversee all fourteen (14) Telephone Consumer Protection Act cases brought by Mr. Wilson in the District of Oregon. Status Conference is set for 8/18/2026 at 02:00PM in Eugene by Video Conference before Judge Michael J. McShane. The parties from all of Mr. Wilson's cases will appear at the Status Conference. The Court does not intend to act on any of Mr. Wilson's cases until it has ruled on the Motion to Deny Class Certification (ECF No. 19 ) and Motion to Voluntary Dismissal (ECF No. 20 ) pending in *Wilson v. Freeway Ins. Servs. of Am., LLC*, Case No. 6:25-cv-01869, for which Oral Argument will be held on August 19, 2026 at 01:30PM in Eugene Courtroom 2 before Judge Michael J. McShane. Ordered by Judge Michael J. McShane. (cp) (Entered: 07/14/2026) |
|---|---|---|

The order does three things. *First*, it sets oral argument for August 19, 2026, on the two motions at the center of this dispute: Freeway's motion to deny class certification (ECF No. 19) and Wilson's motion to voluntarily dismiss his own case with prejudice (ECF No. 20). *Second*, it centralizes oversight of "all fourteen (14) Telephone Consumer Protection Act cases brought by Mr. Wilson in the District of Oregon" before Chief Judge McShane.[1] *Third*, it sets a status conference for August 18, 2026, at which "[t]he parties from all of Mr. Wilson's cases will appear," and states that the court "does not intend to act on any of Mr. Wilson's cases until it has ruled on" the two motions pending in the underlying action.

---

[1] Over the last week, the nine cases previously assigned to other judges in the District of Oregon were reassigned to Judge McShane. *Wilson v. AMP FIT, Inc.*, No. 3:25-cv-1741 (D. Or. July 7, 2026), Dkt. No. 30; *Wilson v. Med. Air Servs. Assoc.*, No. 6:26-cv-666 (D. Or. July 10, 2026), Dkt. No. 17; *Wilson v. Nationstar Mortg. LLC*, No. 6:24-cv-1855 (D. Or. July 14, 2026), Dkt. No. 29; *Wilson v. MAH Grp., Inc.*, No. 6:25-cv-855 (D. Or. July 14, 2026), Dkt. No. 54; *Wilson v. TPH Paralegal Pro. Corp.*, No. 6:25-cv-1703 (D. Or. July 14, 2026), Dkt. No. 22; *Wilson v. GameChanger247, LLC*, No. 6:25-cv-1870 (D. Or. July 14, 2026), Dkt. No. 17; *Wilson v. Pyxis Sols.*, No. 6:26-cv-344 (D. Or. July 14, 2026), Dkt. No. 16; *Wilson v. Homeland Ins. LLC*, No. 6:26-cv-345 (D. Or. July 14, 2026), Dkt. No. 27; *Wilson v. PacifiCorp.*, No. 6:24-cv-1956 (D. Or. July 14, 2026), Dkt. No. 49.

1

The order confirms what Freeway's opposition explained: nothing in the underlying case is moot, and nothing is about to be. Chief Judge McShane is deciding the certification and dismissal motions on the merits, after full briefing and oral argument. Indeed, he has taken the remarkable step of making those rulings the gateway **for every Wilson case in his District**. And the questions those motions present—including whether Wilson and the counsel who control him can adequately represent a class—are the questions before the Court in the subpoenaed discovery.[2] The Court should not require Chief Judge McShane to resolve those questions with a blindfold on.

Dated: July 15, 2026

*/s/ Ryan D. Watstein*
Ryan D. Watstein (admitted *pro hac vice*)
ryan@wtlaw.com
James M. Ruley (admitted *pro hac vice*)
jruley@wtlaw.com
**WATSTEIN TEREPKA LLP**
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
Tel: (404) 782-0695

Attison L. Barnes, III (DC Bar No. 427754)
Cameron B. Wolfe (DC Bar No. 90005487)
**WILEY REIN LLP**
2050 M Street NW
Washington, DC 20036
Tel: 202-719-7000
Fax: 202-719-7049
abarnes@wiley.law
cbwolfe@wiley.law

*Attorneys for Defendant Freeway Insurance Services of America, LLC*

---

[2] Only this Court can assist Chief Judge McShane in answering those questions, as Heidarpour Law Firm has not appeared as counsel of record in the District of Oregon.

## CERTIFICATE OF SERVICE

I hereby certify that, on July 15, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Ryan D. Watstein
Ryan D. Watstein