## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re* SUBPOENA TO HEIDARPOUR LAW FIRM, PLLC. | Case No.: 26-mc-00099-RJL |
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FREEWAY INSURANCE SERVICES OF AMERICA, LLC,<br><br>Defendant. | Underlying action:<br><br>United States District Court for the District of Oregon, Eugene Division<br><br>Case No. 6:25-cv-01869-MC |

## DECLARATION OF RYAN D. WATSTEIN

1.     My name is Ryan D. Watstein. I am an attorney and co-founder of Watstein Terepka LLP, an approximately 25-lawyer firm based at 75 14th Street NE, Suite 2600, Atlanta, Georgia 30309. I am over the age of 18, of sound mind, and competent to make this Declaration. I make this Declaration based on my personal knowledge.

2.     I am counsel of record for Defendant Freeway Insurance Services of America, LLC ("Freeway") in the underlying action, *Wilson v. Freeway*, No. 6:25-cv-01869-MC (D. Or.), and I represent Freeway in this ancillary proceeding. Based on my active participation and supervision of all material aspects of the defense of that matter, I have personal knowledge of the matters set forth herein.

3.     I have defended more than 600 TCPA class actions in 30+ jurisdictions across the country as lead counsel. My firm and I also prosecute select class actions for plaintiffs.

4.     On July 27, 2026, attorneys at Greenspoon Marder, defense counsel in another TCPA class action brought by Erin Robertson—another serial litigant whose claims originate with HLF—provided my firm with documents bearing Bates numbers HLF00001 through HLF00259. A true and correct copy of that production is attached hereto as **Exhibit A**.

5.     HLF had produced those documents in response to a subpoena issued in *Robertson v. Plain-English Media, LLC*, No. 3:24-cv-429 (D. Nev.) ("*Robertson v. Plain-English*"). The materials included a declaration executed under penalty of perjury on May 11, 2026 by Andrew Heidarpour as authorized representative of HLF, averring that the "documents produced herewith and Bates stamped HLF00001 through HLF00259 are true and correct copies of records maintained by HLF in the ordinary course of business." A true and correct copy of that declaration is attached hereto as **Exhibit B**.

6.     The production includes HLF's master contingent fee agreement with the claimant; eleven claim-specific retainers naming eleven defendants; HLF's referral agreements and fee splits with co-counsel; eighteen settlement disbursement statements; three executed settlement agreements and releases, with wire instructions; twenty-five pre-suit demand letters; and internal firm emails, including messages from Mr. Heidarpour's own inbox and sent folders, printed on

1

May 6, 2026. The production also includes bank routing and account numbers belonging to HLF and its co-counsel (which Freeway redacted for this filing) at HLF00230 and HLF00237.

7.    HLF produced a Contingent Fee Agreement executed by HLF and Erin Robertson on June 4, 2024 ("June 4 Robertson Agreement"). HLF00110–00111. The June 4 Robertson Agreement covers "any and all" of the claimant's claims under the Telephone Consumer Protection Act and Fair Debt Collection Practices Act. It authorizes HLF to associate co-counsel on any or all such claims and provides that any later agreement with co-counsel supersedes the original agreement only as to the specific claim covered by the later agreement.

8.    The agreement also grants HLF power of attorney to "execute all claims, contracts, settlements, checks, drafts, compromises, covenants, releases, verifications, dismissals and deposits, in every respect, as though Client were personally doing so"; authorizes HLF to accept any settlement it "considers practical and reasonable"; and gives HLF thirty days after termination to settle or relinquish claims then in negotiation. It further requires the claimant to repay costs incurred on outstanding claims and prohibits direct communication with an alleged violator after retaining HLF. *Id.*

9.    I reviewed the claim-specific engagement agreements contained in HLF's production. Each postdates the June 4, 2024 agreement. The earliest is dated June 25, 2024, and appears at HLF00057 through HLF00059.

10.    One representative agreement appears at Bates numbers HLF00001 through HLF00007 and is dated August 2, 2024. Like Wilson's August 29, 2025 agreement, it limits the claimant's individual recovery to the statutory damages available for the alleged violations, provides that any remaining or excess recovery belongs to counsel as attorneys' fees or costs, and allocates 30% of the attorneys' fees to HLF. I reviewed each of the claim-specific agreements in the production. Each contains substantially identical terms, including the following: "any amount obtained in excess of your statutory damages are either costs or attorney's fees and belong to us."

11.    HLF's production also included 18 "settlement statements" bearing Bates numbers HLF00228, HLF00235 through HLF00236, HLF00241 through HLF00243, and HLF00248

2

through HLF00259. Each statement identifies the settlement amount, the amount allocated to attorneys' fees and costs, and the amount allocated to the claimant. Across the eighteen statements, the settlement amounts total $633,500, the amounts allocated to attorneys' fees and costs total $566,000, and the amounts allocated to the claimant total $65,500. No statement reflects a payment to any person other than the claimant and her counsel. Each also contains a declaration in the claimant's name authorizing the stated disbursements and a release of claims. The releases were substantially identical and read as follows:

> I, ERIN ROBERTSON, RELEASE, ACQUIT, AND FOREVER DISCHARGE RELEASE [*sic*] PARONICH LAW, P.C., ANTHONY PARONICH, HEIDARPOUR LAW FIRM, PLLC, ANDREW HEIDARPOUR, FROM ANY AND ALL MANNER OF ACTIONS, CAUSES OF ACTION, SUITS, JUDGMENTS, DEMANDS, CLAIMS, RIGHTS, INTERESTS, REMEDIES OF ANY NATURE, KIND OR DESCRIPTION WHATSOEVER IN LAW OR IN EQUITY THAT I HAD, NOW HAVE, OR MAY HAVE AGAINST THEM, WHETHER KNOWN OR UNKNOWN, UP TO AND INCLUDING THE DATE OF MY SIGNATURE, INCLUDING BUT NOT LIMITED TO IN RELATION TO [*sic*] LITIGATION AGAINST [THE DEFENDANT(S)].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 7, 2026 in Atlanta, Georgia.

*/s/ Ryan D. Watstein*
Ryan D. Watstein

3