# EXHIBIT A

## DECLARATION OF AUTHENTICITY

I, Andrew Heidarpour, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.  I am an attorney and authorized representative of Heidarpour Law Firm, PLLC ("HLF"), and I am familiar with the manner in which HLF maintains its records.

2.  The documents produced herewith and Bates stamped HLF00001 through HLF00259 are true and correct copies of records maintained by HLF in the ordinary course of business.

3.  These records were made and maintained at or near the time of the events reflected therein by persons with knowledge of those events or from information transmitted by persons with such knowledge.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 11, 2026.

_____

Andrew Heidarpour
Authorized Representative of
Heidarpour Law Firm, PLLC