**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| *In re* SUBPOENA TO HEIDARPOUR LAW FIRM, PLLC | Case No.: 26-mc-00099-RJL-ZMF<br><br>Underlying action: |
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FREEWAY INSURANCE SERVICES OF AMERICA, LLC<br><br>Defendant. | United States District Court for the District of Oregon, Eugene Division<br><br>Case No. 6:25-cv-01869-MC |

**JOINT STIPULATION AND NOTICE REGARDING TRANSFER OF THE MOTION TO QUASH PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45(f)**

Heidarpour Law Firm, PLLC ("HLF") and Freeway Insurance Services of America, LLC ("Freeway") submit this joint stipulation and notice in response to the Court's August 7, 2026 Order, ECF No. 24, which directed the parties to file briefing on whether HLF's Motion to Quash, ECF No. 1, should be transferred to the United States District Court for the District of Oregon under Federal Rule of Civil Procedure 45(f), and directed that HLF's submission state whether HLF consents to transfer. The parties stipulate and jointly advise the Court as follows:

1. HLF consents to the transfer of its Motion to Quash, ECF No. 1, to the United States District Court for the District of Oregon pursuant to Federal Rule of Civil Procedure 45(f).
2. Freeway also consents to transfer.
3. Because the party subject to the subpoena consents, transfer is available under Rule 45(f) without a finding of exceptional circumstances. Fed. R. Civ. P. 45(f).
4. HLF's consent is limited to the question of which court decides the Motion to Quash. It is not a waiver of any objection to the subpoena.
5. The parties respectfully request that this stipulation and notice satisfy the briefing directed by the Court's August 7, 2026 Order, ECF No. 24, and that no further briefing on transfer be required.
6. The parties also respectfully request that the Court enter an order transferring the Motion to Quash, ECF No. 1, to the United States District Court for the District of Oregon pursuant to Federal Rule of Civil Procedure 45(f).

DATED: August 14, 2026

Respectfully Submitted,

*/s/ Matthew Laroche*____________
Neal Katyal (D.C. Bar No. 462071)
**MILBANK LLP**
1101 New York Avenue NW
Washington, D.C. 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586

Matthew J. Laroche (*pro hac vice*)
Peter Farag (*pro hac vice*)
Isabelle Laskero (*pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219

*Attorneys for Heidarpour Law Firm, PLLC*

*/s/ Ryan D. Watstein*__________
Attison L. Barnes, III (D.C. Bar No. 427754)
Cameron B. Wolfe (D.C. Bar No. 90005487)
**WILEY REIN LLP**
2050 M Street NW
Washington, DC 20036
Telephone: 202-719-7000
Facsimile: 202-719-7049

Ryan D. Watstein (admitted pro hac vice)
James M. Ruley (admitted pro hac vice)
**WATSTEIN TEREPKA LLP**
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
Telephone: (404) 783-0695

*Attorneys for Freeway Insurance Services of America, LLC*